PEOPLE *v.* CLINE.

NEW TRIAL—GREAT WEIGHT OF EVIDENCE—NEWLY-DISCOVERED EVIDENCE—CRIMINAL LAW.

Defendant's motion for a new trial because his conviction of the offense of taking indecent liberties with the person of a female child was against the great weight of the evidence, and because of newly-discovered evidence, *held*, properly denied.

Exceptions before judgment from superior court of Grand Rapids; Brown (William B.), J., presiding. Submitted December 15, 1920. (Docket No. 120.) Decided February 3, 1921.

Christopher Cline was convicted of taking indecent liberties with the person of a female child. Affirmed.

*H. Monroe Dunham,* for appellant.

*Cornelius Hoffius,* Prosecuting Attorney (*Fred P. Geib,* of counsel), for the people.

CLARK, J. There were two counts in the information, the first charging statutory rape, the second the taking of indecent and improper liberties with the person of a female child without committing or intending to commit the crime of rape. Sections 15503, 15504, 3 Comp. Laws 1915. The child was 10 years of age, the defendant 30. The conviction was under the second count. It is urged that the court erred in denying defendant's motion for a new trial because the verdict was against the great weight of the evidence and because of newly-discovered evidence. To discuss either of the questions the evidence must be reviewed. But no good will come of that. The offense, unfortunate to all concerned, is most revolting in its details. The case is well briefed and we have given it careful consideration. We think the motion was properly denied.

The conviction is affirmed.

STEERE, C. J., and MOORE, FELLOWS, STONE, BIRD, and SHARPE, JJ., concurred.

The late Justice BROOKE took no part in this decision.